IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| TAMARA LYNN SWINK,<br><br>    Debtor.<br>_____ | )<br>)<br>)<br>)<br>) | Case No. 19-51012 |
| TAMARA LYNN SWINK,<br><br>    Plaintiff,<br>vs.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION, SETERUS, INC., and<br>NATIONSTAR MORTGAGE, LLC d/b/a<br>MR. COOPER,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adv. Proceeding No. 20- |

## VERIFICATION OF COMPLAINT

I, Tamara Lynn Swink, the Debtor and Plaintiff in the above-captioned case(s), hereby state, under penalty of perjury, that, to the best of my knowledge, that I have reviewed the Verified Complaint attached hereto and that the same is true and accurate.

12/17/20
Date

*Tamara Lynn Swink*
TAMARA LYNN SWINK

Sworn to and subscribed before me, this the ⸤17⸥ day of December 2020.

_____
Signature of Notary Public

Commission expires: __12/10/24__

JESSICA PUTT
Notary Public
Rowan County
NORTH CAROLINA